**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **GF Finance, Inc.** |
| 2. | All other names debtor used in the last 8 years. Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-5832610** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o MCA Financial Group, Ltd.**<br>**4909 N. 44th Street**<br>**Phoenix, AZ 85018**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

| Debtor | **GF Finance, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
    5324

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **Stephen T. Hansen** | Relationship to you | **Affiliate** |
|---|---|---|---|
| District | **Arizona** | When | **9/07/16** | Case number, if known | |

Case 2:16-bk-10282   Doc 1   Filed 09/07/16   Entered 09/07/16 10:53:23   Desc Main
Document   Page 2 of 47

| Debtor | GF Finance, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 2:16-bk-10282    Doc 1    Filed 09/07/16    Entered 09/07/16 10:53:23    Desc Main
Document    Page 3 of 47

| Debtor | **GF Finance, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  7, 2016**
                MM / DD / YYYY

**X** **/s/ Stephen T. Hansen**                              **Stephen T. Hansen**
Signature of authorized representative of debtor             Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Todd A. Burgess**                    Date   **September  7, 2016**
Signature of attorney for debtor                        MM / DD / YYYY

**Todd A. Burgess**
Printed name

**Gallagher & Kennedy, P.A.**
Firm name

**2575 E. Camelback Rd.**
**Phoenix, AZ 85016**
Number, Street, City, State & ZIP Code

Contact phone   **602-530-8000**       Email address   **john.clemency@gknet.com**

**19013**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **GF Finance, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  7, 2016**         X **/s/ Stephen T. Hansen**
                                             Signature of individual signing on behalf of debtor

                                             **Stephen T. Hansen**
                                             Printed name

                                             **President**
                                             Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **GF Finance, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1st Source Bank 100 N. Michigan Street South Bend, IN 46601 | | Debt Guaranty | Contingent Unliquidated Disputed | | | $0.00 |
| Alerus Financial 401 Demers Avenue Grand Forks, ND 58201 | | Debt Guaranty | Contingent Unliquidated Disputed Subject to Setoff | | | $707,705.00 |
| Bremer Financial Corporation 380 Saint Peter St. Suite 500 Saint Paul, MN 55102 | | Debt Guaranty | Contingent Unliquidated Disputed Subject to Setoff | | | $1,237,630.00 |
| U.S. Bank National Association 800 Nicollett Mall Minneapolis, MN 55402 | | Debt Guaranty | Contingent Unliquidated Disputed Subject to Setoff | | | $468,852.00 |
| United Valley Bank 211 Division Avenue South Cavalier, ND 58220 | | Debt Guaranty | Contingent Unliquidated Disputed Subject to Setoff | | | $180,724.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **GF Finance, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................................   $     **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................................   $     **8,233,130.95**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................   $     **8,233,130.95**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **5,304,763.62**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................................   $     **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.................................   +$     **12,179,546.00**

4. **Total liabilities** ................................................................................................................................
   Lines 2 + 3a + 3b      $     **17,484,309.62**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **GF Finance, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | **$0.00** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **National Bank of Arizona, N.A.** | **Checking** | 9686 | **$32,130.95** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $32,130.95 |
|---|---|

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:      Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **GF Finance, Inc.** | Case number *(If known)* | |
| | Name | | |

| 11a. 90 days old or less: | **190,000.00** | - | **95,000.00** | = .... | **$95,000.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **16,461,000.00** | - | **8,356,000.00** | =.... | **$8,105,000.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$8,200,000.00** |
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Computer Server and Two Terminals | **$0.00** | | **$1,000.00** |

| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |

| 43. | **Total of Part 7.** | **$1,000.00** |
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No

| Debtor | **GF Finance, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **Expected 2015 Federal Tax Refund**    Tax year **2015** | **Unknown** |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential Fraud, Breach of Fiduciary Duty, and Related Claims against former employees, accountants, lenders, lawyers, and other third parties, subject to ongoing investigation.** | **Unknown** |
| | Nature of claim | |
| | Amount requested                    $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **GF Finance, Inc.**                                Case number *(If known)* _____
Name

| | |
|---|---|
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **GF Finance, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$32,130.95** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$8,200,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9..................................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$8,233,130.95** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$8,233,130.95** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **GF Finance, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)                  

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Alerus Financial** <br> Creditor's Name <br><br> **401 Demers Avenue** <br> **Grand Forks, ND 58201** <br> Creditor's mailing address | Describe debtor's property that is subject to a lien <br> **Blanket Lien and Specific Equipment** <br><br> Describe the lien <br> **UCC-1 Security Interests** <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | $1,235,878.15 | $1,235,878.15 |

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Various**
**Last 4 digits of account number**
**Various**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Bremer Financial Corporation** <br> Creditor's Name <br> **380 Saint Peter St.** <br> **Suite 500** <br> **Saint Paul, MN 55102** <br> Creditor's mailing address | Describe debtor's property that is subject to a lien <br> **Blanket Lien and Specific Equipment** <br><br> Describe the lien <br> **UCC-1 Security Interest** <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | $2,299,764.45 | $2,299,764.45 |

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Various**
**Last 4 digits of account number**
**Various**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor | GF Finance, Inc. | Case number (if know) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.3 | **Citizens Community Credit Union** | Describe debtor's property that is subject to a lien | $1,051,296.43 | $1,051,296.43 |
|---|---|---|---|---|

Creditor's Name

**c/o Russ Jackson**
**1215 N. 42nd Street**
**Grand Forks, ND 58203**

Creditor's mailing address

**Blanket Lien and Specific Equipment**

Describe the lien
**UCC-1 Security Interest**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**Various**

Last 4 digits of account number
**Various**

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.4 | **U.S. Bank National Association** | Describe debtor's property that is subject to a lien | $717,824.59 | $717,824.59 |
|---|---|---|---|---|

Creditor's Name

**800 Nicollett Mall**
**Minneapolis, MN 55402**

Creditor's mailing address

**Blanket Lien and Specific Equipment**

Describe the lien
**UCC-1 Security Interest**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**Various**

Last 4 digits of account number
**Various**

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $5,304,763.62 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

| Debtor | **GF Finance, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brad Sinclair**<br>**Kaler Doeling LLP**<br>**3429 Interstate Blvd S**<br>**Fargo, ND 58103** | Line **2.2** | |
| **Thomas G. Wallrich**<br>**Cozen O'Conner**<br>**33 South 6th STreet, Suite 4640**<br>**Minneapolis, MN 55402** | Line **2.1** | |
| **Thomas Kelly**<br>**Dorsey & Whitney**<br>**50 South 6th STreet, Suite 1500**<br>**Minneapolis, MN 55402-1498** | Line **2.4** | |

**Fill in this information to identify the case:**

Debtor name    **GF Finance, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

   1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

      ■ No. Go to Part 2.

      ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

   3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**1st Source Bank**<br>**100 N. Michigan Street**<br>**South Bend, IN 46601**<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Debt Guaranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Alerus Financial**<br>**401 Demers Avenue**<br>**Grand Forks, ND 58201**<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Debt Guaranty__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$707,705.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Bremer Financial Corporation**<br>**380 Saint Peter St.**<br>**Suite 500**<br>**Saint Paul, MN 55102**<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Debt Guaranty__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$1,237,630.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Hansen Lease & Rental, Inc.**<br>**c/o MCA Financial Group, Ltd.**<br>**4909 N. 44th Street**<br>**Phoenix, AZ 85018**<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Inter-Company Note Payable__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,686,826.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     36175     Best Case Bankruptcy

| Debtor | **GF Finance, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,897,809.00** |
|---|---|---|---|

**Shareholder Note Payable**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$468,852.00** |
|---|---|---|---|

**U.S. Bank National Association**
**800 Nicollett Mall**
**Minneapolis, MN 55402**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Debt Guaranty**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180,724.00** |
|---|---|---|---|

**United Valley Bank**
**211 Division Avenue South**
**Cavalier, ND 58220**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Debt Guaranty**

Is the claim subject to offset? ☐ No ■ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **1st Source Bank**<br>**c/o Cindy Trenerry**<br>**52247 Surrey Trace**<br>**Granger, IN 46530** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Jeffery A. Johnson**<br>**May Oberfell Lorber Attorneys**<br>**4100 Edison Lakes Parkway, Suite 100**<br>**Mishawaka, IN 46545** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Michael L. Gust**<br>**Anderson, Bottrell, Sanden & Thompson**<br>**4132 30th Avenue South, Suite 100**<br>**Fargo, ND 58106-0247** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Thomas G. Wallrich**<br>**Cozen O'Conner**<br>**33 South 6th STreet, Suite 4640**<br>**Minneapolis, MN 55402** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 12,179,546.00 |

---

Case 2:16-bk-10282    Doc 1    Filed 09/07/16    Entered 09/07/16 10:53:23    Desc Main
                    Document        Page 17 of 47

Debtor    **GF Finance, Inc.**
_____    Case number (if known) _____
          Name

**5c. Total of Parts 1 and 2**                              5c.  $ _____ **12,179,546.00**
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name   **GF Finance, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
  amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest   **Equipment Leases, Debtor is Lessor**<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Al Kulvik**<br>**906 Falls Ave.**<br>**Thief River Falls, MN 56701** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest   **Equipment Leases, Debtor is Lessor**<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Barrett Sczepanski**<br>**P.O. Box 6**<br>**Stephen, MN 56757** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest   **Equipment Leases, Debtor is Lessor**<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Benz Farm**<br>**3725 26th Ave SE**<br>**Steele, ND 58482** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest   **Equipment Leases, Debtor is Lessor**<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Bill Sczepanski**<br>**P.O. Box 473**<br>**Stephen, MN 56757** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:16-bk-10282   Doc 1   Filed 09/07/16   Entered 09/07/16 10:53:23   Desc Main
Document    Page 19 of 47

Debtor 1  **GF Finance, Inc.**                                              Case number *(if known)* _____
_____
First Name          Middle Name          Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Brandon Hunter** |
| | List the contract number of any government contract | | **28704 460th**<br>**Laporte, MN 56461** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Charles Leichtenberg** |
| | List the contract number of any government contract | | **24 1st Street**<br>**Grandin, ND 58038** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Darryl Lee** |
| | List the contract number of any government contract | | **103 Winter St**<br>**Ray, ND 58849** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **DAT Inc/Amundson** |
| | List the contract number of any government contract | | **P.O. Box 12056**<br>**Grand Forks, ND 58208** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **David Russum** |
| | List the contract number of any government contract | | **P.O. Box 122**<br>**Hewitt, MN 56453** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Dianna Overstreet** |
| | List the contract number of | | **1021 Doxey Street**<br>**Ogden, UT 84403** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Case 2:16-bk-10282    Doc 1    Filed 09/07/16    Entered 09/07/16 10:53:23    Desc Main
Document        Page 20 of 47

Debtor 1    **GF Finance, Inc.**
_____    Case number *(if known)* _____
First Name         Middle Name         Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Donald Carroll** |
| | List the contract number of any government contract | | **7907 Braun Drive** **Red Bud, IL 62278** |

| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Doug Amundson** |
| | List the contract number of any government contract | | **P.O. Box 12056** **Grand Forks, ND 58208** |

| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Eugene Johnson** |
| | List the contract number of any government contract | | **654 7th NE** **Thompson, ND 58278** |

| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **First Business Lending** |
| | List the contract number of any government contract | | **525 Demers Ave** **Grand Forks, ND 58201** |

| 2.1 5. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Gene Johnson** |
| | List the contract number of any government contract | | **654 7th NE** **Thompson, ND 58278** |

| 2.1 6. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | **Gene Kinde** **604 Columbine Ave** **Cedar Park, TX 78613** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 2:16-bk-10282    Doc 1    Filed 09/07/16    Entered 09/07/16 10:53:23    Desc Main
                               Document          Page 21 of 47

Debtor 1 **GF Finance, Inc.**
_____    Case number _(if known)_ _____
First Name          Middle Name          Last Name



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.1 7. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Greg Basargin**<br>**43608 200th Ave SE**<br>**Winger, MN 56592** |

| 2.1 8. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Harold Smeby**<br>**122 Lohn St.**<br>**Fosston, MN 56542** |

| 2.1 9. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **High Gear Transport**<br>**5203 W Maple**<br>**Grand Forks, ND 58201** |

| 2.2 0. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **J and S Express**<br>**5132 10th Ave S**<br>**Fargo, ND 58102** |

| 2.2 1. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **James Woodford**<br>**47112 323rd Ave**<br>**Cass Lake, MN 56633** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Case 2:16-bk-10282   Doc 1   Filed 09/07/16   Entered 09/07/16 10:53:23   Desc Main
Document      Page 22 of 47

| Debtor 1 | **GF Finance, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.2 2. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Jeff Ingeman** |
| | List the contract number of any government contract | | **1957 US Hwy 75 Kennedy, MN 56733** |

| 2.2 3. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Jesse Forre** |
| | List the contract number of any government contract | | **Unknown** |

| 2.2 4. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **John McDonald Trucking, LLC** |
| | List the contract number of any government contract | | **69 Carpenter Ave W Forest River, ND 58233** |

| 2.2 5. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Jon Thorton** |
| | List the contract number of any government contract | | **5132 10th Ave S Fargo, ND 58102** |

| 2.2 6. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Karriers Inc /Anita Fontaine** |
| | List the contract number of any government contract | | **809 48th St Fargo, ND 58102** |

| 2.2 7. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Karriers Inc/Rickey Flood** |
| | List the contract number of | | **427 Nelson ST E Erie, ND 58029** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 2:16-bk-10282   Doc 1   Filed 09/07/16   Entered 09/07/16 10:53:23   Desc Main
Document     Page 23 of 47

Debtor 1     **GF Finance, Inc.**
_____     Case number _(if known)_ _____
First Name          Middle Name          Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.2 8. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Karriers/Conrad Murach** |
| | List the contract number of any government contract | | **809 48th St** **Fargo, ND 58102** |

| 2.2 9. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Karriers/Don Etzler** |
| | List the contract number of any government contract | | **809 48th St** **Fargo, ND 58102** |

| 2.3 0. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Karriers/Ricky Flood** |
| | List the contract number of any government contract | | **427 Nelson ST E** **Erie, ND 58029** |

| 2.3 1. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Ken Carstensen** |
| | List the contract number of any government contract | | **P.O. Box 76** **Browerville, MN 56438** |

| 2.3 2. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Laurie Ness** |
| | List the contract number of any government contract | | **28288 151st Ave.** **Bagley, MN 56621** |

| 2.3 3. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | **Lavern Berger** **1826 25th St NE** **Emerado, ND 58228** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 2:16-bk-10282    Doc 1    Filed 09/07/16    Entered 09/07/16 10:53:23    Desc Main
                               Document          Page 24 of 47

Debtor 1    **GF Finance, Inc.**
_____    Case number (*if known*) _____
First Name          Middle Name          Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of
any government contract _____

---

| 2.3 4. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Sale Agreement** | |
|---|---|---|---|

State the term remaining

List the contract number of
any government contract _____

**Lavern Berger and Related Entities**
**1826 25th St. NE**
**Emerado, ND 58228**

---

| 2.3 5. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|

State the term remaining

List the contract number of
any government contract _____

**Loftsgard Trucking**
**3110 24th Ave S**
**Grand Forks, ND 58201**

---

| 2.3 6. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|

State the term remaining

List the contract number of
any government contract _____

**Martin Vareberg**
**P.O. Box 107**
**Lisbon, ND 58054**

---

| 2.3 7. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|

State the term remaining

List the contract number of
any government contract _____

**Marty Knutson**
**1811 136th Ave NW**
**Arnegard, ND 58835**

---

| 2.3 8. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|

State the term remaining

List the contract number of
any government contract _____

**Mike Brown**
**652 Wilson Ave**
**Minto, ND 58261**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 2:16-bk-10282    Doc 1    Filed 09/07/16    Entered 09/07/16 10:53:23    Desc Main
Document          Page 25 of 47

| Debtor 1 | **GF Finance, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Mike Nelson** |
| | List the contract number of any government contract | | **435 Main Street** |
| | | | **Mayville, ND 58257** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Mike Tomlinson** |
| | List the contract number of any government contract | | **617 Spring St** |
| | | | **Friend, NE 68359** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Monte Benz** |
| | List the contract number of any government contract | | **3725 26th Ave SE** |
| | | | **Steele, ND 58482** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Monte Benz/Kidco Farms** |
| | List the contract number of any government contract | | **P.O. Box 327** |
| | | | **Steele, ND 58482** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Morgan Sagmo** |
| | List the contract number of any government contract | | **504 Clover Lane** |
| | | | **Ada, MN 56510** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Ricky Flood Karriers** |
| | List the contract number of | | **427 Nelson ST E** |
| | | | **Erie, ND 58029** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **GF Finance, Inc.**
_____
First Name            Middle Name            Last Name

Case number *(if known)*  _____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.4 5. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Ron Thomas** |
| | List the contract number of any government contract | | **6253 A Hwy 20** **Webster, ND 58382** |

| 2.4 6. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Schanz Trucking** |
| | List the contract number of any government contract | | **9697 Hwy 1** **Langdon, ND 58249** |

| 2.4 7. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Scott Wilson** |
| | List the contract number of any government contract | | **5411 Five Acre Road 33565** **Plant City, FL 33565** |

| 2.4 8. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Sczepanski Farms** |
| | List the contract number of any government contract | | **P.O. Box 473** **Stephen, MN 56757** |

| 2.4 9. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | **Shawn Abele** |
| | List the contract number of any government contract | | **3120-Z 25th St S, Apt 201** **Fargo, ND 58103** |

| 2.5 0. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | **Spencer Hillebrand** **306 Sanborn St.** **Reynolds, ND 58275** |
|---|---|---|---|

Debtor 1  **GF Finance, Inc.**

First Name ___ Middle Name ___ Last Name

Case number *(if known)* _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract _____

**2.5 1.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Leases, Debtor is Lessor**

State the term remaining

List the contract number of any government contract _____

**Steve Dahl
11471 3rd Street
Cooperstown, ND 58425**

**2.5 2.** State what the contract or lease is for and the nature of the debtor's interest — **Office Lease, Debtor is Lessee**

State the term remaining — **Month to Month**

List the contract number of any government contract _____

**Three Tortoises Development & Design, LL
4909 N. 44th Street
Phoenix, AZ 85018**

**2.5 3.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Leases, Debtor is Lessor**

State the term remaining

List the contract number of any government contract _____

**Todd Coyle
Unknown**

**2.5 4.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Leases, Debtor is Lessor**

State the term remaining

List the contract number of any government contract _____

**Tracy Seim
106 Birch St
Park River, ND 58270**

**2.5 5.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Leases, Debtor is Lessor**

State the term remaining

List the contract number of any government contract _____

**Valesco Inc
P.O. Box 356
Minto, ND 58261**

| Debtor 1 | **GF Finance, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 6. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Walter Roy**<br>**604 Atlantic Ave N**<br>**Herman, MN 56248** |

| 2.5 7. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Walter Roy**<br>**108 S Harold St**<br>**Ivanhoe, MN 56142** |

| 2.5 8. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **William Overstreet**<br>**P.O. Box 12056**<br>**Grand Forks, ND 58208** |

| 2.5 9. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases, Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **William Sczepanski**<br>**P.O. Box 473**<br>**Stephen, MN 56757** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 2:16-bk-10282   Doc 1   Filed 09/07/16   Entered 09/07/16 10:53:23   Desc Main
Document      Page 29 of 47

| Fill in this information to identify the case: |
| --- |

Debtor name __**GF Finance, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF ARIZONA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**       *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | **Stephen T. Hansen** | **7881 E. Via Bonita**<br>**Scottsdale, AZ 85258** | **1st Source Bank** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2 | **Stephen T. Hansen** | **7881 E. Via Bonita**<br>**Scottsdale, AZ 85258** | **Alerus Financial** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.3 | **Stephen T. Hansen** | **7881 E. Via Bonita Avenue**<br>**Scottsdale, AZ 85258** | **Bremer Financial Corporation** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.4 | **Stephen T. Hansen** | **7881 E. Bonita Avenue**<br>**Scottsdale, AZ 85258** | **United Valley Bank** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.5 | **Stephen T. Hansen** | **7881 E. Via Bonita Avenue**<br>**Scottsdale, AZ 85258** | **U.S. Bank National Association** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 2:16-bk-10282   Doc 1   Filed 09/07/16   Entered 09/07/16 10:53:23   Desc Main
Document      Page 30 of 47

| Debtor | **GF Finance, Inc.** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.6 | **Stephen T. Hansen** | **7881 E. Via Bonita Avenue Scottsdale, AZ 85258** | **Alerus Financial** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Stephen T. Hansen** | **7881 E. Via Bonita Avenue Scottsdale, AZ 85258** | **Bremer Financial Corporation** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **Stephen T. Hansen** | **7881 E. Via Bonita Avenue Scottsdale, AZ 85258** | **Citizens Community Credit Union** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | **Stephen T. Hansen** | **7881 E. Via Bonita Avenue Scottsdale, AZ 85258** | **U.S. Bank National Association** | ■ D ___2.4___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **GF Finance, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $209,365.00 |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $1,729,845.00 |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | $1,850,930.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Exhibit 207.1** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **United Valley Bank v. Hansen Lease & Rental, Inc., et al**<br>**09-2016-CV-02072** | **Breach of Contract** | **East Central Judicial District, ND**<br>**Cass County Courthouse**<br>**P.O. Box 2806**<br>**Fargo, ND 58108-2806** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **GF Finance, Inc. v. Douglas Amundson, et al.** | **Contract, Foreclosure** | **District Court, Grand Forks County, ND**<br>**Grand Forks County Courthouse**<br>**124 S 4th St**<br>**Grand Forks, ND 58201** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

| Debtor | GF Finance, Inc. | Case number *(if known)* | |
|---|---|---|---|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gallagher & Kennedy**<br>**2575 E. Camelback Rd.**<br>**Suite 1100**<br>**Phoenix, AZ 85016** | **Professional Fees and Expenses** | **December 2015 - Petition Date** | **$464,983.60** |
| | Email or website address<br>**todd.burgess@gknet.com** | | | |
| | Who made the payment, if not debtor?<br>**GF Finance and Stephen T. Hansen** | | | |
| 11.2. | **MCA Financial Group, Ltd.**<br>**4909 N. 44th Street**<br>**Phoenix, AZ 85018** | **Professional Fees and Expenses** | **November 2015 - Petition Date** | **$125,689.00** |
| | Email or website address<br>**maaron@mca-financial.com** | | | |
| | Who made the payment, if not debtor? | | | |

Case 2:16-bk-10282   Doc 1   Filed 09/07/16   Entered 09/07/16 10:53:23   Desc Main
Document    Page 34 of 47

| Debtor | **GF Finance, Inc.** | Case number *(if known)* | |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Gallagher & Kennedy<br>2575 E. Camelback Rd.<br>Suite 1100<br>Phoenix, AZ 85016** | **Retainer** | **9/7/2016** | **$108,656.08** |
| | Email or website address<br>**todd.burgess@gknet.com** | | | |
| | Who made the payment, if not debtor?<br>**GF Finance and Stephen T. Hansen** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1325 Demers Avenue<br>Grand Forks, ND 58201** | |

| Part 8: | Health Care Bankruptcies |
|---|---|

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Name, Address, SSN, Financial Information, Credit History**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **Alerus Financial** **401 Demers Avenue** **Grand Forks, ND 58201** | **XXXX-6900** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **June 2016** | **$1,500.00** |
| 18.2. | **Bremer Financial Corporation** **380 Saint Peter St.** **Suite 500** **Saint Paul, MN 55102** | **XXXX-4164** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **November 2015** | **$0.00** |
| 18.3. | **U.S. Bank National Association** **800 Nicollett Mall** **Minneapolis, MN 55402** | **XXXX-9304** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **November 2015** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | GF Finance, Inc. | Case number *(if known)* | |
|---|---|---|---|

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Hadley Freng**<br>**1325 Demers Avenue**<br>**Grand Forks, ND 58201** | **1996-2016** |
| 26a.2. | **John Dvorak**<br>**1325 Demers Avenue**<br>**Grand Forks, ND 58201** | **2013 - 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Brady Martz**<br>**Attn.: Perry Mattson**<br>**401 Demers Avenue**<br>**Suite 300**<br>**Mesa, AZ 85201** | **2011-2013** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **MCA Financial Group, Ltd.**<br>**Attn.: Morris C. Aaron**<br>**4909 N. 44th Street**<br>**Phoenix, AZ 85018** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **U.S. Bank National Association**<br>**800 Nicollett Mall**<br>**Minneapolis, MN 55402** |
| 26d.2. | **Bremer Financial Corporation**<br>**380 Saint Peter St.**<br>**Suite 500**<br>**Saint Paul, MN 55102** |
| 26d.3. | **United Valley Bank**<br>**211 Division Avenue South**<br>**Cavalier, ND 58220** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor | **GF Finance, Inc.** | Case number *(if known)* | |

| Name and address | |
|---|---|
| 26d.4. | **Citizens Bank**<br>**One Citizens Plaza**<br>**Providence, RI 02903** |
| 26d.5. | **Alerus Financial**<br>**401 Demers Avenue**<br>**Grand Forks, ND 58201** |
| 26d.6. | **1st Source Bank**<br>**100 N. Michigan Street**<br>**South Bend, IN 46601** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Stephen T. Hansen** | **7881 E. Bonita Avenue**<br>**Scottsdale, AZ 85258** | **President** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Debtor    **GF Finance, Inc.**                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**   **Signature and Declaration**

---

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  7, 2016**

**/s/ Stephen T. Hansen**                              **Stephen T. Hansen**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| **GF Finance, Inc.** | | | | **EXHBIT 207.1** |
| **Payments to Creditors June 8, 2016 - September 6, 2016** | | | | |
| | | | | |
| | | | | |
| <u>**Check No.**</u> | <u>**Date**</u> | <u>**Payee**</u> | <u>**Amount**</u> | <u>**Description**</u> |
| 1059 | 6/8/2016 | Office Team | $ 735.80 | Temp labor |
| 1060 | 6/9/2016 | Camrud Maddock Olson | 6,115.36 | Legal fees |
| 1061 | 6/14/2016 | Office Team | 633.92 | Temp labor |
| 1062 | 6/15/2016 | John Dvorak | 400.00 | Labor |
| 1063 | 6/16/2016 | Karen Plunkett | 2,316.20 | Loan servicing |
| 1064 | 6/16/2016 | Kathleen Corl | 2,272.50 | Temp labor |
| 1033889 | 6/22/2016 | ND Tax | 62.00 | Payroll taxes |
| 1065 | 6/16/2016 | US Bank | 32.49 | Loan payment |
| 1066 | 6/22/2016 | Office Team | 582.98 | Temp labor |
| 1067 | 6/23/2016 | Midcontinent Communications | 250.18 | Internet |
| 1068 | 6/28/2016 | MCA Financial Group | 25,000.00 | Professional Fees |
| 1069 | 6/28/2016 | IRS | 2,075.69 | Payroll taxes |
| 1070 | 7/5/2016 | Karen Plunkett | 1,817.35 | Loan servicing |
| 1071 | 7/5/2016 | Kathleen Corl | 60.00 | Temp labor |
| 1072 | 7/7/2016 | Alerus Financial | 6,026.00 | Loan payment |
| 1073 | 7/7/2016 | Bremer Bank | 29,094.27 | Loan payment |
| 1074 | 7/7/2016 | Citizens Credit Union | 6,019.00 | Loan payment |
| 1075 | 7/7/2016 | US Bank | 24,825.65 | Loan payment |
| 1076 | 7/11/2016 | Interstate Poer Systems | 7,500.00 | Equipment repair |
| 1077 | 7/20/2016 | MCA Financial Group | 3,605.56 | Expense reimbursement |
| 1078 | 7/26/2016 | Karen Plunkett | 1,567.41 | Loan servicing |
| 1079 | 7/26/2016 | Karen Plunkett | 966.47 | Loan servicing |
| 1080 | 8/1/2016 | Harrison Johnson | 1,632.50 | Loan servicing |
| 1081 | 8/2/2016 | Minnesota Dept. of Public Safety | 39.75 | Title application |
| 1082 | 8/2/2016 | Minnesota Dept. of Public Safety | 39.75 | Title application |
| 1083 | 8/3/2016 | Optology Tech Services | 2,383.74 | IT Services |
| 1084 | 8/3/2016 | Bremer Bank | 4,251.03 | Loan payment |
| 1085 | 8/8/2016 | Alerus Financial | 6,514.00 | Loan payment |
| 1086 | 8/8/2016 | Bremer Bank | 29,861.27 | Loan payment |
| 1087 | 8/8/2016 | Citizens Credit Union | 6,019.00 | Loan payment |
| 1088 | 8/8/2016 | US Bank | 5,050.93 | Loan payment |
| 1089 | 8/9/2016 | Optology Tech Services | 812.50 | IT Services |
| 1090 | 8/11/2016 | Minnesota Dept. of Public Safety | 17.25 | Title application |
| 1091 | 8/11/2016 | Minnesota Dept. of Public Safety | 20.00 | Title application |
| 1092 | 8/12/2016 | ND Dept of Transportation | 5.00 | Title application |
| 1093 | 8/12/2016 | ND Dept of Transportation | 5.00 | Title Application |
| 1094 | 8/12/2016 | ND Dept of Transportation | 5.00 | Title Application |
| 1095 | 8/12/2016 | ND Dept of Transportation | 5.00 | Title Application |
| 1096 | 8/18/2016 | Alerus Financial | 1,327.61 | Loan payment |
| 1097 | 8/18/2016 | Camrud Maddock Olson and Larson | 1,606.10 | Legal fees |
| 1098 | 8/18/2016 | MCA Financial Group | 52,464.64 | Professional fees |
| 1099 | 8/22/2016 | ND Dept of Transportation | 10.00 | Title Application |

| GF Finance, Inc. | | | | EXHBIT 207.1 |
|---|---|---|---|---|
| Payments to Creditors June 8, 2016 - September 6, 2016 | | | | |
| | | | | |
| | | | | |
| **Check No.** | **Date** | **Payee** | **Amount** | **Description** |
| 1100 | VOID | | - | |
| 1101 | 8/31/2016 | Camrud Maddock Olson and Larson | 600.00 | Legal fees |
| 1102 | 8/31/2016 | Midcontinent Communications | 80.06 | Internet |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | $ 234,708.96 | |

# United States Bankruptcy Court
## District of Arizona

In re   **GF Finance, Inc.**                      Case No. _____

                                    Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Stephen T. Hansen<br>7881 E. Via Bonita<br>Scottsdale, AZ 85258 | Common | 100% | Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 7, 2016**          Signature   **/s/ Stephen T. Hansen**

                                                  **Stephen T. Hansen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re   **GF Finance, Inc.**            Case No.
                           Debtor(s)       Chapter    **11**

# DECLARATION

I, the President of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the

Master Mailing List, consisting of   **2**   sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:   **September 7, 2016**          **/s/ Stephen T. Hansen**

                                   **Stephen T. Hansen**/**President**
                                   Signer/Title

Date:   **September 7, 2016**          **/s/ Todd A. Burgess**

                                   Signature of Attorney
                                   **Todd A. Burgess 19013**
                                   **Gallagher & Kennedy, P.A.**
                                   **2575 E. Camelback Rd.**
                                   **Phoenix, AZ 85016**
                                   **602-530-8000   Fax: 602-530-8500**

MML-5

GF Finance, Inc. -


1ST SOURCE BANK
100 N. MICHIGAN STREET
SOUTH BEND IN 46601


1ST SOURCE BANK
C/O CINDY TRENERRY
52247 SURREY TRACE
GRANGER IN 46530


ALERUS FINANCIAL
401 DEMERS AVENUE
GRAND FORKS ND 58201


ARIZONA DEPARTMENT OF REVENUE
C/O TAX, BANKRUPTCY, AND COLLECTION
1275 W. WASHINGTON AVENUE
PHOENIX AZ 85007


BRAD SINCLAIR
KALER DOELING LLP
3429 INTERSTATE BLVD S
FARGO ND 58103


BREMER FINANCIAL CORPORATION
380 SAINT PETER ST.
SUITE 500
SAINT PAUL MN 55102


CITIZENS COMMUNITY CREDIT UNION
C/O RUSS JACKSON
1215 N. 42ND STREET
GRAND FORKS ND 58203


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114


JEFFERY A. JOHNSON
MAY OBERFELL LORBER ATTORNEYS
4100 EDISON LAKES PARKWAY, SUITE 100
MISHAWAKA IN 46545


LAVERN BERGER AND RELATED ENTITIES
1826 25TH ST. NE
EMERADO ND 58228

GF Finance, Inc. -


MICHAEL L. GUST
ANDERSON, BOTTRELL, SANDEN & THOMPSON
4132 30TH AVENUE SOUTH, SUITE 100
FARGO ND 58106-0247


NORTH DAKOTA DEPARTMENT OF REVENUE
OFFICE OF STATE TAX COMMISSIONER
600 E. BOULEVARD AVE.
BISMARCK ND 58505-0599


THOMAS G. WALLRICH
COZEN O'CONNER
33 SOUTH 6TH STREET, SUITE 4640
MINNEAPOLIS MN 55402


THOMAS KELLY
DORSEY & WHITNEY
50 SOUTH 6TH STREET, SUITE 1500
MINNEAPOLIS MN 55402-1498


THREE TORTOISES DEVELOPMENT & DESIGN, LL
4909 N. 44TH STREET
PHOENIX AZ 85018


U.S. BANK NATIONAL ASSOCIATION
800 NICOLLETT MALL
MINNEAPOLIS MN 55402


UNITED VALLEY BANK
211 DIVISION AVENUE SOUTH
CAVALIER ND 58220

# United States Bankruptcy Court
## District of Arizona

In re   **GF Finance, Inc.**        Case No. _____

Debtor(s)     Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **GF Finance, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 7, 2016**

Date

**/s/ Todd A. Burgess**

**Todd A. Burgess 19013**

Signature of Attorney or Litigant

Counsel for   **GF Finance, Inc.**

**Gallagher & Kennedy, P.A.**
**2575 E. Camelback Rd.**
**Phoenix, AZ 85016**
**602-530-8000 Fax:602-530-8500**
**john.clemency@gknet.com**